# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## WESTERN DIVISION

| | |
|---|---|
| **JERBRELL D. MCKANNEY,** | & |
| | & |
| Plaintiff, | & |
| | & |
| v. | & CASE NO.:_____ |
| | & |
| **VLADIMR PETRIC d/b/a ,** | & |
| **PANAMERA, INC.,** | & |
| Defendant. | & |

## COMPLAINT

COMES NOW the Plaintiff and files this civil complaint for monetary damages and state the following in support:

### JURISDICTIONAL PREREQUISITES

The Plaintiff and Defendant are diverse parties and diversity exist as Plaintiff resides in Alabama and Defendant resides in Illinois. The amount in controversy, including interest and fees, will exceed the jurisdictional threshold for diversity jurisdiction.

### STATEMENT OF FACTS

The Plaintiff entered into a contract for services as a truck driver with Defendant, where Defendant would pay a fee for services rendered by Plaintiff and allow Plaintiff to lease-to-own the vehicle used for the work. Defendant has

withheld three weeks of payment owed to the Plaintiff, causing tremendous hardship on Plaintiff.

## COUNT ONE – BREACH OF CONTRACT

1. Plaintiff states that Defendant was obligated under the terms of the contract to provide payment for the services of the Plaintiff and has failed such payment and has thus breached the terms of the contract.

## COUNT TWO – UNJUST ENRICHMENT

2. Plaintiff avers and reaffirms paragraph 1 and adds that by keeping the payments due Plaintiff, the Defendant has become unjustly enriched at the expense of financial harm and detriment of the Plaintiff.

## COUNT THREE - MECHANIC'S LIEN

3. Plaintiff avers and reaffirms paragraphs 1-2 and adds that the vehicle used, a 2019 International LT, VIN# -  3hsdzapr6kn743992, is held as a portion of the contract to be fulfilled and as a mechanics lien for payment not presented, as there has been no missed payments to warrant repossession.

## DAMAGES

4. Plaintiff seeks the jurisdictional limit for compensatory damages.
5. Plaintiff seeks the jurisdictional limit for punitive damages.
6. Plaintiff seeks all other damages the Court deems fit and proper.

## JURY DEMAND

Plaintiff demands trial by struck jury.

Wherefore the premises considered, Plaintiff prays this Honorable Court will jurisdiction of the above listed matters and facts.

Dated this the **8th** day of **June**, **2021**.

/S/ *Al Jones* (ASB2403R80J)

Attorney at Law

OF COUNSEL:

The Law Offices of Attorney Al Jones & Associates, P.C.

2626 7th Street

Tuscaloosa, AL 35401

Phone: (205) 345-0806

Email: Albiejonz@gmail.com